**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| RENEA TURNER, | : | Case No. 3:21-cv-00288 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| COX ENTERPRISES INC., *et al*., | : | |
| | : | |
| Defendants. | : | |

---

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

---

You are hereby notified that a Motion to Dismiss has been filed in this case. Defendants Cox Enterprises, Inc. and Cox Media Group, Inc. filed a Motion to Dismiss (Doc. 10) on March 15, 2022. You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than April 8, 2022.  If you fail to file a timely response, Defendants' Motion to Dismiss may be granted and your case dismissed.

March 21, 2022            *s/Caroline H. Gentry*
                          Caroline H. Gentry
                          United States Magistrate Judge