IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| RENEA TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>COX ENTERPRISES, INC., and COX MEDIA GROUP, INC.,<br><br>    Defendants. | Civil Action No. 3:21-cv-288<br><br>Judge Walter H. Rice<br>Magistrate Judge Caroline H. Gentry<br><br>**AMENDED PRELIMINARY PRETRIAL CONFERENCE ORDER** |

This matter is before the Court on Defendants' Motion to Extend Certain Pretrial Deadlines. Upon consideration and for good cause shown, the Court GRANTS that Motion. This matter shall proceed as follows:

- The cut-off date for discovery shall be November 28, 2024;
- The Court's status conference following discovery deadline shall be on: TBD; and
- The cut-off for any motion for summary judgment shall be January 13, 2025.

All other deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: 10/16/2024

                                                                                WALTER H. RICE, United States District Judge