IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| RENEA TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>COX ENTERPRISES, INC., and COX MEDIA GROUP, INC.,<br><br>    Defendants. | Civil Action No. 3:21-cv-288<br><br>Judge Walter H. Rice<br>Magistrate Judge Caroline H. Gentry<br><br>**AMENDED PRELIMINARY PRETRIAL CONFERENCE ORDER** |

This matter is before the Court on Defendants' Motion to Extend Certain Pretrial Deadlines. Upon consideration and for good cause shown, the Court GRANTS that Motion. This matter shall proceed as follows:

- The cut-off date for discovery shall be December 28, 2024; and
- The cut-off for any motion for summary judgment shall be January 24, 2025.

All other deadlines remain unchanged.

**IT IS SO ORDERED.**

                                                                                               ~~Caroline H. Gentry~~ Walter H. Rice
                                                                                               United States ~~Magistrate~~ Judge

4906-3642-4704.1